UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GILBERT, RONALD L § Case No. 11-09814 JPC
GILBERT, JOYCE P §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                Clerk of the U. S. Bankruptcy Court
                219 South Dearborn
                Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 3/29/12 in Courtroom 619, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/22/2012                  By: CLERK OF THE U.S. BANKRUPTCY
                                                                           COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GILBERT, RONALD L § Case No. 11-09814 JPC
GILBERT, JOYCE P §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.36 |
| and approved disbursements of | $ | 29.36 |
| leaving a balance on hand of[1] | $ | 4,971.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 1,250.04 | $ 0.00 | $ 1,250.04 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,250.04 |
| Remaining Balance | | $ | 3,720.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,968.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. as successor of Bank of America PO Box 15102 Wilmington, DE 19886-5102 | $ 5,439.10 | $ 0.00 | $ 881.16 |
| 000002 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 12.00 | $ 0.00 | $ 1.94 |
| 000003 | Capital One, N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, Tx 75374 | $ 2,564.30 | $ 0.00 | $ 415.43 |
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 5,691.21 | $ 0.00 | $ 922.00 |
| 000005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 3,988.08 | $ 0.00 | $ 646.08 |
| 000006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 956.86 | $ 0.00 | $ 155.02 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 2,868.75 | $ 0.00 | $ 464.75 |
| 000008 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 1,448.02 | $ 0.00 | $ 234.58 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,720.96 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                        Case No. 11-09814-JPC
Ronald L Gilbert                                              Chapter 7
Joyce P Gilbert
       Debtors               CERTIFICATE OF NOTICE
District/off: 0752-1          User: choward              Page 1 of 3              Date Rcvd: Feb 23, 2012
                              Form ID: pdf006            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2012.
db/jdb       +Ronald L Gilbert,    Joyce P Gilbert,    610 Illinois Street,    Lemont, IL 60439-3717
17636414      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16935958     +Amex,   c/o Beckett & Lee,    Po Box 3001,   Malvern, PA 19355-0701
16935960      Argonne Credit Union,    PO Box 663348,    Dallas, TX 75266-3348
16935963      Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
16935964      Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
16935966    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
16935965      Capital One Bank (USA) N. A.,    PO Box 6492,   Carol Stream, IL 60197-6492
17647190     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16935967      Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16935968     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17651667      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16935969     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16935970      Comcast,   P.O. Box 3002,    Southeastern, PA 19398-3002
16935972      Customer Service,    Box 6000,   The Lakes, NV 89163-6000
16935973    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court:  Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,
               Austin, TX 78708)
16935975      Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
16935976      Experian,   P.O. Box 9701,    Allen, TX 75013-9701
17586857      FIA CARD SERVICES, N.A.,    as successor of Bank of America,    PO Box 15102,
               Wilmington, DE 19886-5102
16935982      HSBC Card Services,    PO Box 17051,   Baltimore, MD 21297-1051
16935983      HSBC Retail Services,    PO Box 17298,   Baltimore, MD 21297-1298
16935978      Harris Bank,    PO Box 940033,    Palatine, IL 60094-4033
16935979     +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
16935980     +Hsbc Bank,    Attn: Bankruptcy,   Po Box 5213,    Carol Stream, IL 60197-5213
16935981     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16935984      Ice Mountain Direct,    P.o. Box 856680,    Louisville, KY 40285-6680
16935985     +Ice Mountain Direct,    6661 Dixie Hwy, Ste. 4,    Louisville, KY 40258-3950
16935992      Sears Credit Cards,    PO Box 183081,   Columbus, OH 43218-3081
16935993     +Sears/cbsd,   701 East 60th St N,    Sioux Falls, SD 57104-0432
16935994      Silver Cross Hospital,    Mail Processing Center,    PO Box 739,   Moline, IL 61266-0739
16935995     +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
16935997     +Wells Fargo Auto Finance,    P.O. Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16935959     +E-mail/Text: BKO@ABRICU.com Feb 24 2012 07:45:28    Argonne Credit Union,   9700 S. Cass Bv233,
               Argonne, IL 60439-4870
16935971      E-mail/Text: legalcollections@comed.com Feb 24 2012 03:21:44    ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
17840110      E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2012 04:36:18    GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16935977     +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2012 04:36:18    Gemb/jcp,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
16935986      E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2012 04:36:18    JC. Penney,   P.O. Box 960090,
               Orlando, FL 32896-0090
16935988      E-mail/PDF: cr-bankruptcy@kohls.com Feb 24 2012 04:43:32    Kohl’s Payment Center,
               P.O. Box 2983,   Milwaukee, WI 53201-2983
16935989     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 24 2012 04:43:32    Kohls,   Attn: Recovery Dept,
               Po Box 3120,   Milwaukee, WI 53201-3120
16935990     +E-mail/Text: bankrup@nicor.com Feb 24 2012 03:18:21    Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
16935991      E-mail/Text: bankrup@nicor.com Feb 24 2012 03:18:21    Nicor Gas,   PO BOX 0632,
               Aurora, IL 60507-0632
16935996      E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 24 2012 04:43:05    Verizon Wireless,
               P O Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16935987       John Frelly (Brother)
16935974*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court:  Dell Preferred,    Payment Processing Center,   P.O. Box 6403,
               Carol Stream, IL 60197-6403)
16935961     ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16935962     ##Bank of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: choward           Page 2 of 3             Date Rcvd: Feb 23, 2012
                              Form ID: pdf006        Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: choward              Page 3 of 3                  Date Rcvd: Feb 23, 2012
                              Form ID: pdf006            Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2012 at the address(es) listed below:

          Catherine L. Steege    csteege@jenner.com, csteege@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas W Toolis    on behalf of Debtor Ronald Gilbert twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com

                                                                                                                                                                        TOTAL: 3