UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| GILBERT, RONALD L | § | Case No. 11-09814 |
| GILBERT, JOYCE P | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                  . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/CATHERINE STEEGE_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 |  |  |  |  |  |
|  | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Auto Finance P.O. Box 29704 Phoenix, AZ 85038 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex c/o Beckett & Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Argonne Credit Union 9700 S. Cass Bv233 Argonne, IL 60439 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bill Me Later PO Box 105658 Atlanta, GA 30348-5658 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Comcast P.O. Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. Po Box 81577 Austin, TX 78708 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | | | | |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Ice Mountain Direct P.o. Box 856680 Louisville, KY 40285-6680 | | | | | |
| | John Frelly (Brother) | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 |  |  |  |  |  |
|  | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 |  |  |  |  |  |
|  | Nicor Gas PO BOX 0632 Aurora, IL 60507-0632 |  |  |  |  |  |
|  | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Silver Cross Hospital Mail Processing Center PO Box 739 Moline, IL 61266-0739 |  |  |  |  |  |
|  | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 |  |  |  |  |  |
|  | Verizon Wireless P O Box 25505 Lehigh Valley, PA 18002-5505 |  |  |  |  |  |
| 000002 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000003 | CAPITAL ONE,N.A |  |  |  |  |  |
| 000004 | CHASE BANK USA, N.A. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000008 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 11-09814 JPC Judge: JACQUELINE P. COX | Trustee Name: CATHERINE STEEGE |
| Case Name: GILBERT, RONALD L | Date Filed (f) or Converted (c): 03/09/11 (f) |
| GILBERT, JOYCE P | 341(a) Meeting Date: 04/07/11 |
| For Period Ending: 05/29/12 | Claims Bar Date: 10/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 610 Illinois St. Lemant, IL 60439 Cook | 182,744.00 | 18,274.00 | | 0.00 | FA | 0.00 | 206,000.00 |
| 2. Checking as of 12/30/2010 | 475.00 | 475.00 | | 0.00 | FA | 0.00 | 475.00 |
| 3. Household Items | 1,500.00 | 1,500.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 4. Books & Pictures | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 150.00 |
| 5. WEARING APPAREL - Normal and Customary | 600.00 | 600.00 | | 0.00 | FA | 0.00 | 600.00 |
| 6. FURS AND JEWELRY - Miscellaneous | 400.00 | 400.00 | | 0.00 | FA | 0.00 | 400.00 |
| 7. FIREARMS | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 200.00 |
| 8. A & Jonne Pension | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Harris Bank-discrimination claim-lost wages | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 10. 2005 Ford Mustang Miles 12000 | 13,650.00 | Unknown | | 0.00 | Unknown | 0.00 | 4,800.00 |
| 11. 2011 Mitsubishi Lancer ES Miles 105800 | 16,000.00 | Unknown | | 0.00 | Unknown | 0.00 | 4,775.00 |
| 12. Cats (2) - 2 years old | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 13. 1995 Mervin/Tracer Undriveable Miles 79,000 | 500.00 | Unknown | | 0.00 | Unknown | 0.00 | 500.00 |
| 14. Social Security Disability Claim | 9,000.00 | 9,000.00 | | 5,000.00 | FA | 0.00 | 0.00 |

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

Case No: 11-09814 JPC Judge: JACQUELINE P. COX
Case Name: GILBERT, RONALD L
GILBERT, JOYCE P

Trustee Name: CATHERINE STEEGE
Date Filed (f) or Converted (c): 03/09/11 (f)
341(a) Meeting Date: 04/07/11
Claims Bar Date: 10/14/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.44 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $225,219.00 | $30,599.00 | | $5,000.44 | $0.00 (Gross Value of Remaining Assets) (Total Dollar Amount in Column 6) | $0.00 | $219,400.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/30/12     Current Projected Date of Final Report (TFR): 03/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-09814 -JPC | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GILBERT, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GILBERT, JOYCE P | | Account Number / CD #: | *******3860  BofA - Checking Account |
| Taxpayer ID No: | *******0063 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/12 | | Transfer from Acct #*******3763 | Bank Funds Transfer | 9999-000 | 4.15 | | 4.15 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Bond # 016026455 | 2300-000 | | 4.15 | 0.00 |
| 03/29/12 | | Transfer from Acct #*******3763 | Transfer In From MMA Account | 9999-000 | 4,971.08 | | 4,971.08 |
| 03/29/12 | 003002 | CATHERINE STEEGE JENNER & BLOCK 353 N. Clark Street CHICAGO, IL  60654-3456 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.04 | 3,721.04 |
| 03/29/12 | 003003 | FIA CARD SERVICES, N.A. as successor of Bank of America PO Box 15102 Wilmington, DE 19886-5102 | FINAL DISTRIBUTION - Claim 000001 | 7100-000 | | 881.17 | 2,839.87 |
| 03/29/12 | 003004 | Clerk of the U. S. Bankruptcy Court 219 South Dearborn Chicago, Illinois 60604 | FINAL DISTRIBUTION - Claim 000002 American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | 7100-000 | | 1.94 | 2,837.93 |
| 03/29/12 | 003005 | Capital One,N.A c/o Creditors Bankruptcy Service | FINAL DISTRIBUTION - Claim 000003 | 7100-000 | | 415.44 | 2,422.49 |
| | | | Page Subtotals | | 4,975.23 | 2,552.74 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-09814 -JPC | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | GILBERT, RONALD L | Bank Name: | BANK OF AMERICA, N.A. |
| | GILBERT, JOYCE P | Account Number / CD #: | *******3860  BofA - Checking Account |
| Taxpayer ID No: | *******0063 | | |
| For Period Ending: | 05/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P O Box 740933<br>Dallas,Tx 75374 | | | | | |
| 03/29/12 | 003006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | FINAL DISTRIBUTION - Claim 000004 | 7100-000 | | 922.02 | 1,500.47 |
| 03/29/12 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | FINAL DISTRIBUTION - Claim 000005 | 7100-000 | | 646.10 | 854.37 |
| 03/29/12 | 003008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | FINAL DISTRIBUTION - Claim 000006 | 7100-000 | | 155.02 | 699.35 |
| 03/29/12 | 003009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | FINAL DISTRIBUTION - Claim 000007 | 7100-000 | | 464.76 | 234.59 |
| 03/29/12 | 003010 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | FINAL DISTRIBUTION - Claim 000008 | 7100-000 | | 234.59 | 0.00 |

Page Subtotals    0.00    2,422.49

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-09814 -JPC | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GILBERT, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GILBERT, JOYCE P | | Account Number / CD #: | *******3860 BofA - Checking Account |
| Taxpayer ID No: | *******0063 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,975.23 | 4,975.23 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 4,975.23 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,975.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 4,975.23 | |

Page Subtotals  0.00  0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-09814 -JPC | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GILBERT, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GILBERT, JOYCE P | | Account Number / CD #: | *******3763 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0063 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/09/11 | 14 | TCF National Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL 60527-6486<br><br>Re: Joyce P. Gilbert | | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,000.03 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.07 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.11 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,000.16 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.20 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.24 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.37 | 4,993.87 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,993.91 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.16 | 4,987.75 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,987.79 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.15 | 4,981.64 |
| | | | Page Subtotals | | 5,000.32 | 18.68 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 11-09814 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | GILBERT, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GILBERT, JOYCE P | | Account Number / CD #: | *******3763 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0063 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,981.68 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.53 | 4,975.15 |
| 02/06/12 | | Transfer to Acct #*******3860 | Bank Funds Transfer | 9999-000 | | 4.15 | 4,971.00 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,971.04 |
| 03/29/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,971.08 |
| 03/29/12 | | Transfer to Acct #*******3860 | Final Posting Transfer | 9999-000 | | 4,971.08 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 5,000.44 | 5,000.44 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,975.23 | |
| Subtotal | 5,000.44 | 25.21 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.44 | 25.21 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Checking Account - ********3860 | 0.00 | 4,975.23 | 0.00 |
| Money Market Account (Interest Earn - ********3763 | 5,000.44 | 25.21 | 0.00 |
| | 5,000.44 | 5,000.44 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.12        4,981.76

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-09814 -JPC | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | GILBERT, RONALD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | GILBERT, JOYCE P | | Account Number / CD #: | *******3763 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0063 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*